12,658-18; -19; -20; -21

Jan 13, 2015

Gary Wayne Barnes
TDCJ-ID #318814
1100   FM   655,
Rosharon, Texas
77583

TEXAS COURT OF CRIMINAL APPEALS

OFFICE OF THE CLERK, ABEL ACOSTA

P.O. Box   12308

Capitiol Station

Austin, Texas 78711

RE;   NOTICE OF APPEAL
WR-12,658, 18, 19, 20
and 21.

Trial     court     No.
F-80-016530-J,     F-
F-81-01105-J
F-81-01027-J
F-81--2718-J

Dear Clerk;

Notice of appeal was mastakily mailed to the address of this court when the notice and the Brief and Attachments filed in support should have been mailed in the above entitled numbered causes to the Fifth Court of Appeals in Dallas.

In this request Im requesting will you office Please forward the notice to the clerk as follows;

FIFTH COURT OF APPEALS

OFFICE OF THE CLERK,

Lisa Matz

600 Commerce Street

Suite 200

Dallas Texas   75202

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

In requesting that the Brief in support and attachements be attached to these self enclosed appeals courts cards; with the numbering of the filingings of that court;

Applicant thanks the clerk in advance for assistance in this above mentioned requests; Thank You;

Respectfully     Submitted;

Gary Wayne Barnes

Gary Wayne Barnes Sr #318814

Jan 13, 2015